## MEIER v. SWANN.

(Decided November 10th, 1914.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

No counsel marked for either party.

Per curiam.　Appeal dismissed.

---

## MERINO v. THE STATE.

(Decided February 4th, 1915.)

APPEAL from Bullock Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant.　WILLIAM L. MAR-
TIN, Attorney General, for the State.

BROWN, J.—Reversed and remanded on the author-
ity of *Finnett v. The State, infra,* 67 South. 758.

---

## MONJOT v. THE CITY OF BIRMINGHAM.

(Decided November 26th, 1914.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. FRANK CAHALIN.

ROSCO E. SCOTT, for appellant.　J. P. MUDD, for ap-
pellee.

Per curiam.　Affirmed for failure to assign errors.

---

## MOODY v. THE STATE.

(Two cases)

(Decided November 19th, 1914.)

APPEAL from Russell Circuit Court.

Heard before Hon. MIKE SOLLIE.

No counsel marked for appellant.　ROBERT C. BRICK-
ELL, Attorney General, for the State.

Per curiam.　Appeal dismissed for want of prosecu-
tion.